# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re<br>Tabitha Ebony Black | Case No.   18–28206  dsk<br>Chapter   13 |
| Debtor(s).<br>Tabitha Ebony Black<br>Plaintiff(s),<br>vs.<br>Hope Credit Union<br>Defendant(s). | Adv. Proc. No.  18–00244 |

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE

2 – Expedited Motion For Temporary Restraining Order Filed by Bo Luxman on behalf of Plaintiff Tabitha Ebony Black (Luxman, Bo) on October 4, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1.  The hearing to consider the above
shall be held on **October 4, 2018 at  at  12:30 PM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 945, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2.  **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

**Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

**Kathleen A Ford**
**CLERK OF COURT**
**BY:  Tonya Lepone**

**Date:   October 4, 2018**

[ntchrgcomb13lf005]Order/Notice combined Rel 11–03

United States Bankruptcy Court
Western District of Tennessee

Black,
         Plaintiff                                                    Adv. Proc. No. 18-00244-dsk

Credit Union,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 0651-2          User: tonya          Page 1 of 1          Date Rcvd: Oct 04, 2018
                             Form ID: ntchrg13     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
dft          +Hope Credit Union,    400 West Capital Avenue,    Little Rock, AR 72201-3436
pla          +Tabitha Ebony Black,    2712 Supreme Avenue,    Memphis, TN 38114-3366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion08.me.ecf@usdoj.gov Oct 04 2018 23:02:10     U.S. Trustee,
              Office of the U.S. Trustee,   One Memphis Place,    200 Jefferson Avenue, Suite 400,
              Memphis, TN 38103-2383
ust           E-mail/Text: ustpregion08.na.ecf@usdoj.gov Oct 04 2018 23:02:03     US TRUSTEE,
              OFFICE OF THE UNITED STATES TRUSTEE,    701 BROADWAY STE 318,    NASHVILLE, TN 37203-3966
                                                                                          TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Bo  Luxman    on behalf of Plaintiff Tabitha Ebony Black BankruptcyMail@luxmanlaw.com
                                                                                          TOTAL: 1